LEISURE TIME ENT., an Indiana corporation; Global Videos, Inc., d/b/a Trans Global Films, an Indiana corporation, Plaintiffs–Appellants,

v.

CAL VISTA; Sidney Niekerk; Lloyd Robinson, Defendants–Appellees.

No. 00–57005.

D.C. No. CV–94–2873–MRP(JGx).

United States Court of Appeals, Ninth Circuit.

July 17, 2002.

Before KOZINSKI and GOULD, Circuit Judges, and BREYER, District Judge.[1]

### ORDER

By way of clarification, the memorandum disposition filed in this case on May 21, 2002 does not preclude the retrial and recalculation of damages. Nor is the memorandum disposition meant to provide a detailed road map for the district court on retrial. It is left to the district court's judgment as to how best to develop a new evidentiary record that will support a damages award, whether that be through declarations, testimony, or other appropriate means.

1. Honorable Charles R. Breyer, United States District Judge for the Northern District of California, sitting by designation.
* This panel finds this case appropriate for submission without oral argument pursuant to Fed. R.App. P. 34(a)(2).